JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Synnex Corporation, a Delaware Corporation,

## DEFENDANTS
PROCYNET, LLC, a Tennessee Limited Liability Company, and doing business as DIRECT INTEGRATION SPECIALIST

**(b)** County of Residence of First Listed Plaintiff: **Santa Clara**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Knox County**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jeffrey M. Galen, Esq.
Galen & Davis, LLP
16255 Ventura Blvd., Suite 900
Encino, CA 91436
818-986-5685

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 810 Selective Service |
| [X] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | | | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Breach of Contract on merchandise ordered and received.

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **193,839.50**
[ ] CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: **June 27, 2008**
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

NDC-JS44

Jeffrey M. Galen, Esq. [SBN 134705]
Glenn D. Davis, Esq. [150744]
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 900
Encino, CA 91436
(818) 986-5685 (telephone)
(818) 986-1859 (facsimile)
EMAIL: jeffrey.galen@jgdlegal.com

FILED
08 JUL -2 PM 1:16

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Attorney for Plaintiff, Synnex Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNNEX CORPORATION, a Delaware Corporation,

   Plaintiff,

vs.

PROCYNET, LLC, a Tennessee Limited Liability Company, and doing business as DIRECT INTEGRATION SPECIALIST; and DOES 1 to 50, inclusive,
   Defendants.

Case No. CV 08 3180 BZ

COMPLAINT FOR;

1) BREACH OF CONTRACT;
2) OPEN BOOK ACCOUNT; and
3) ACCOUNT STATED;

Plaintiff, SYNNEX CORPORATION, a Delaware Corporation by and through its attorneys, Jeffrey M. Galen, Esq., of Galen & Davis, LLP, Attorneys at Law files this, its complaint against Defendants PROCYNET, LLC, a Tennessee Limited Liability Company, and doing business as DIRECT INTEGRATION SPECIALIST; for its claims

1

as follows:

## FIRST CLAIM

## BREACH OF CONTRACT

1. At all times herein mentioned, Plaintiff, (hereinafter referred to as "SYNNEX") was and is a Delaware Corporation qualified to do business in the State of California with its principal place of business in the City of Fremont, State of California.

2. SYNNEX is informed, believes and thereupon alleges that at all times mentioned herein, PROCYNET, LLC, a Tennessee Limited Liability Company, and doing business as DIRECT INTEGRATION SPECIALIST (hereinafter referred to as "Defendant") was and is a Tennessee Limited Liability Company with its principal place of business located at 2906 Tazewell Pike, Suite B, Knoxville, Tennessee 37918-1876..

3. The court has subject matter jurisdiction over all claims asserted herein and personal jurisdiction over all parties to 28 USC section 1332. The amount in controversy exceeds the amount of Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs and is between corporations of different states.

4. At all times mentioned herein, SYNNEX is engaged in the business as a reseller of computer hardware with its corporate offices in the City of Fremont, State of California.

5. On or about April 28, 2008, SYNNEX entered into an Agreement with Defendants in which SYNNEX sold and delivered computer products to Defendants and in consideration thereof, Defendants agreed to pay SYNNEX for the products ordered and received.

6. SYNNEX has duly performed all of the conditions and/or obligations on its part to be performed under the terms of the above said agreements.

7. On or about June 23, 2008, Defendants breached the above said agreements by failing and refusing to pay SYNNEX for the products ordered and received in the amount of One Hundred Ninety Three Thousand Eight Hundred Thirty Nine Dollars and Fifty Cents ($193,839.50). A copy of the Statement of Account is attached hereto as Exhibit "1".

8. As a direct result of said Defendants wrongful and unlawful conduct in the manner described above, SYNNEX has sustained damages, in a total sum of One Hundred Ninety Three Thousand Eight Hundred Thirty Nine Dollars and Fifty Cents ($193,839.50), or in an amount to be stated according to proof at the time trial.

9. As a further direct result of the above-said Defendants wrongful and unlawful conduct in a manner described above, SYNNEX was required to, and did, employ attorneys for the purposes of representing it in the above-entitled action, and as a result thereof, will incur attorney fees and costs in amounts not now known, but which will be stated according to proof at the time of trial.

10. As a further result of Defendants wrongful and unlawful conduct in a manner as described above, SYNNEX is entitled to pretrial interest on all amounts due and owing at the legal rate per annum from June 23, 2008, to the date of trial.

## SECOND CLAIM

## OPEN BOOK ACCOUNT

11. Plaintiff realleges paragraphs 1 through 10 inclusive of its First Claim and

incorporates them by reference as though fully set forth herein.

12. Within the last four years, Defendants has become indebted to SYNNEX, on an open book account for merchandise ordered and received by Defendants in the amount of One Hundred Ninety Three Thousand Eight Hundred Thirty Nine Dollars and Fifty Cents ($193,839.50), at the special instance and request of Defendants and/or for their use and benefit.

13. Neither the whole nor any part of said sum has been paid although a demand has been made, and there is now due, owing and unpaid from Defendants to SYNNEX, the sum of One Hundred Ninety Three Thousand Eight Hundred Thirty Nine Dollars and Fifty Cents ($193,839.50), together with interest thereon at the legal rate per annum in an amount according to proof at time of trial.

### THIRD CLAIM

### ACCOUNT STATED

14. Plaintiff realleges paragraphs 1 through 10 inclusive of its First Claim and paragraphs 11 through 13 inclusive of its Second Claim and incorporates them by reference as though fully set forth herein.

15. Within the last four years, an account was stated in writing by and between SYNNEX and Defendants wherein it was agreed the Defendants and each of them, were indebted to SYNNEX in the sum of One Hundred Ninety Three Thousand Eight Hundred Thirty Nine Dollars and Fifty Cents ($193,839.50).

16. Neither the whole nor any part of said sum has been paid although a demand has been made, and there is now due, owing and unpaid from Defendants to

SYNNEX, the sum of One Hundred Ninety Three Thousand Eight Hundred Thirty Nine Dollars and Fifty Cents ($193,839.50), together with interest thereon at the legal rate per annum in an amount according to proof at time of trial.

**WHEREFORE,** Plaintiff prays for judgment against the Defendants and each of them as follows:

1. For all general, special, consequential and/or incidental damages in the sum of at least One Hundred Ninety Three Thousand Eight Hundred Thirty Nine Dollars and Fifty Cents ($193,839.50), or in an amount to be stated according to proof the time of trial;

2. For interest thereon at the legal rate from June 23, 2008, or in an amount according to proof at time of trial;

3. For reasonable attorneys fees in an amount to be stated according to proof at the time of trial;

4. For all costs of suit herein incurred; and

5. For such other and further relief as this Court may deem just and proper.

Dated: June 27, 2008
            GALEN & DAVIS LLP

            By: _____
            Jeffrey M. Galen, Esq.
            GALEN & DAVIS, LLP
            16255 Ventura Blvd., Suite 900
            Encino, CA 91436
            Attorneys for Plaintiff,
            SYNNEX CORPORATION

# SYNNEX CORPORATION

## Account Statement
As of Jun 25, 2008

PROCYNET LLC DBA DIRECT INTEGRATION SPECIALIST  
Attn: ACCOUNTS PAYABLE  
P.O. BOX 5870  
—  
MARYVILLE, TN 37802

Remit:  
**SYNNEX CORPORATION**  
P O Box 406748  
Atlanta, GA 30384-6748

Collector Code: 12439  
Territory: 6450

Name: Debra Thomason  
Customer Number: 159234

Telephone: 4328  
Credit Limit: $2.00

| Invoice NO | Invoice Date | Term | Due Date | PO Number | Original Invoice Amount | Credit/ Payment | Outstanding Balance | Current | 1 - 30 | 31 - 60 | 61 + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 338111 | 01/31/08 | BS | 03/01/08 | FRT | -4.93 | | -4.93 | | | | -4.93 |
| 25872496 | 04/28/08 | DS | 06/12/08 | 0739124 | 1,434.46 | | 1,434.46 | | 1,434.46 | | |
| 25887065 | 04/28/08 | DS | 06/12/08 | 0739099A | 225.12 | | 225.12 | | 225.12 | | |
| 25893908 | 04/28/08 | DS | 06/12/08 | 0739182 | 226.19 | | 226.19 | | 226.19 | | |
| 25898203 | 04/28/08 | DS | 06/12/08 | 0739154 | 70.00 | | 70.00 | | 70.00 | | |
| 25912045 | 04/29/08 | DS | 06/13/08 | 0739224 | 583.64 | | 583.64 | | 583.64 | | |
| 25938539 | 04/30/08 | DS | 06/14/08 | 0738658A | 283.26 | | 283.26 | | 283.26 | | |
| 25940655 | 04/30/08 | DS | 06/14/08 | 0739265 | 597.95 | | 597.95 | | 597.95 | | |
| 25940690 | 04/30/08 | DS | 06/14/08 | 0739160A | 3.99 | | 3.99 | | 3.99 | | |
| 25940730 | 04/30/08 | DS | 06/14/08 | 0732366 | 74.30 | | 74.30 | | 74.30 | | |
| 25941510 | 04/30/08 | DS | 06/14/08 | 0739014A | 2,508.50 | | 2,508.50 | | 2,508.50 | | |
| 25940190 | 05/01/08 | DS | 06/15/08 | 0739266 | 4,014.00 | | 4,014.00 | | 4,014.00 | | |
| 25954027 | 05/01/08 | DS | 06/15/08 | 0739284 | 2,486.24 | | 2,486.24 | | 2,486.24 | | |
| 25969297 | 05/02/08 | DS | 06/16/08 | 0739328 | 307.44 | | 307.44 | | 307.44 | | |
| 25971861 | 05/02/08 | DS | 06/16/08 | 0739335 | 331.64 | | 331.64 | | 331.64 | | |
| 25980008 | 05/04/08 | DS | 06/18/08 | 0739245 | 818.00 | | 818.00 | | 818.00 | | |
| 26023822 | 05/07/08 | DS | 06/21/08 | 0739408 | 179.90 | | 179.90 | | 179.90 | | |
| 26036581 | 05/08/08 | DS | 06/22/08 | PO-0738764/REPL | 862.00 | | 862.00 | | 862.00 | | |
| 26039726 | 05/08/08 | DS | 06/22/08 | 0739435 | 283.62 | | 283.62 | | 283.62 | | |
| 26049047 | 05/09/08 | DS | 06/23/08 | 0739264 | 690.30 | | 690.30 | | 690.30 | | |
| 26102385 | 05/13/08 | DS | 06/27/08 | #8939566 | 41.74 | | 41.74 | 41.74 | | | |
| 26158381 | 05/17/08 | DS | 07/01/08 | PO-0738764 | -862.00 | -278.96 | -583.04 | -583.04 | | | |
| 26169590 | 05/18/08 | DS | 07/02/08 | 0739605 | 2,086.30 | | 2,086.30 | 2,086.30 | | | |
| 26190273 | 05/20/08 | DS | 07/04/08 | 0739691 | 24.04 | | 24.04 | 24.04 | | | |
| 26192434 | 05/20/08 | DS | 07/04/08 | 0739713 | 358.34 | | 358.34 | 358.34 | | | |
| 26192436 | 05/20/08 | DS | 07/04/08 | 0739713 | 104.48 | | 104.48 | 104.48 | | | |
| 26192437 | 05/20/08 | DS | 07/04/08 | 0739713 | 998.00 | | 998.00 | 998.00 | | | |
| 26193249 | 05/20/08 | DS | 07/04/08 | 0739719 | 80.65 | | 80.65 | 80.65 | | | |
| 26192435 | 05/21/08 | DS | 07/05/08 | 0739713 | 56.32 | | 56.32 | 56.32 | | | |
| 26196086 | 05/21/08 | DS | 07/05/08 | 0739729 | 44.35 | | 44.35 | 44.35 | | | |
| 26208620 | 05/21/08 | DS | 07/05/08 | 0739743 | 1,394.62 | | 1,394.62 | 1,394.62 | | | |
| 26226540 | 05/22/08 | DS | 07/06/08 | 0739782 | 1,076.67 | | 1,076.67 | 1,076.67 | | | |
| 26228619 | 05/22/08 | DS | 07/06/08 | 0739778 | 20.55 | | 20.55 | 20.55 | | | |
| 26229186 | 05/23/08 | DS | 07/07/08 | 0739784 | 796.80 | | 796.80 | 796.80 | | | |
| 26237073 | 05/23/08 | DS | 07/07/08 | 0739099A | -96.48 | | -96.48 | -96.48 | | | |
| 26239039 | 05/23/08 | DS | 07/07/08 | 0739800 | 252.42 | | 252.42 | 252.42 | | | |
| 26243247 | 05/23/08 | DS | 07/07/08 | 0739807 | 434.40 | | 434.40 | 434.40 | | | |
| 26251502 | 05/26/08 | DS | 07/10/08 | PO-0739764 | 26,343.45 | | 26,343.45 | 26,343.45 | | | |
| 26270580 | 05/27/08 | DS | 07/11/08 | PO-0739764 | 14,135.00 | | 14,135.00 | 14,135.00 | | | |
| 26128004 | 05/28/08 | DS | 07/12/08 | 0739574 | 2,571.00 | | 2,571.00 | 2,571.00 | | | |
| 26277808 | 05/28/08 | DS | 07/12/08 | 0739833 | 80.65 | | 80.65 | 80.65 | | | |
| 26299445 | 05/30/08 | DS | 07/14/08 | 0739862 | 30.35 | 5.85 | 24.50 | 24.50 | | | |
| 26314433 | 05/30/08 | DS | 07/14/08 | 0739886 | 105.60 | | 105.60 | 105.60 | | | |
| 26314465 | 05/30/08 | DS | 07/14/08 | 0739885 | 138.39 | | 138.39 | 138.39 | | | |
| 26314476 | 05/30/08 | DS | 07/14/08 | 0739879 | 24.50 | | 24.50 | 24.50 | | | |
| 26332248 | 06/03/08 | DS | 07/18/08 | 0739922 | 409.00 | | 409.00 | 409.00 | | | |
| 26351253 | 06/03/08 | DS | 07/18/08 | 0739953- GOV PRICING | 601.00 | | 601.00 | 601.00 | | | |
| 26364976 | 06/04/08 | DS | 07/19/08 | 0739982 | 302.48 | | 302.48 | 302.48 | | | |
| 26364988 | 06/04/08 | DS | 07/19/08 | 0739987 | 631.55 | | 631.55 | 631.55 | | | |
| 26379993 | 06/05/08 | DS | 07/20/08 | 0740014-WQ9249571 | 1,886.00 | | 1,886.00 | 1,886.00 | | | |
| 26380287 | 06/05/08 | DS | 07/20/08 | 0739829A | 123.91 | | 123.91 | 123.91 | | | |
| 26388932 | 06/06/08 | DS | 07/21/08 | PO-0739917 | 29,270.50 | | 29,270.50 | 29,270.50 | | | |
| 26397326 | 06/06/08 | DS | 07/21/08 | 0740039 | 47.97 | | 47.97 | 47.97 | | | |
| 26422537 | 06/10/08 | DS | 07/25/08 | PO-0739917 | 15,420.00 | | 15,420.00 | 15,420.00 | | | |
| 26422544 | 06/10/08 | DS | 07/25/08 | PO-0739965 | 15,420.00 | | 15,420.00 | 15,420.00 | | | |
| 26438590 | 06/11/08 | DS | 07/26/08 | PO-0739965 | 29,270.50 | | 29,270.50 | 29,270.50 | | | |
| 26494883 | 06/16/08 | DS | 07/31/08 | 0739963 | 7,785.00 | | 7,785.00 | 7,785.00 | | | |
| 26494892 | 06/16/08 | DS | 07/31/08 | 0740013 | 5,190.00 | | 5,190.00 | 5,190.00 | | | |
| 26496419 | 06/16/08 | DS | 07/31/08 | 0740200 | 46.75 | | 46.75 | 46.75 | | | |

# SYNNEX CORPORATION

## Account Statement
As of Jun 25, 2008

PROCYNET LLC DBA DIRECT INTEGRATION SPECIALIST
Attn: ACCOUNTS PAYABLE
P.O. BOX 5870
–
MARYVILLE, TN 37802

**Remit:**
**SYNNEX CORPORATION**
P O Box 406748
Atlanta, GA 30384-6748

Collector Code: 12439
Territory: 6450

Name: Debra Thomason
Customer Number: 159234

Telephone: 4328
Credit Limit: $2.00

| Invoice NO | Invoice Date | Term | Due Date | PO Number | Original Invoice Amount | Credit/ Payment | Outstanding Balance | Current | 1 – 30 | 31 – 60 | 61 + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26330519 | 06/17/08 | DS | 08/01/08 | #0739903 | 2,164.95 | | 2,164.95 | 2,164.95 | | | |
| 26462800 | 06/17/08 | DS | 08/01/08 | 0739903 | 169.80 | | 169.80 | 169.80 | | | |
| 26505391 | 06/17/08 | DS | 08/01/08 | 0740215 | 55.30 | | 55.30 | 55.30 | | | |
| 26531406 | 06/18/08 | DS | 08/02/08 | PO-0740311 | 2,193.87 | | 2,193.87 | 2,193.87 | | | |
| 26541962 | 06/19/08 | DS | 08/03/08 | 0740287 | 9,294.00 | | 9,294.00 | 9,294.00 | | | |
| 26564333 | 06/20/08 | DS | 08/04/08 | 0740382 | 483.69 | | 483.69 | 483.69 | | | |
| 26574072 | 06/22/08 | DS | 08/06/08 | 0740197 | 6,509.10 | | 6,509.10 | 6,509.10 | | | |
| 26576612 | 06/23/08 | DS | 08/07/08 | 0740410 | 25.55 | | 25.55 | 25.55 | | | |
| 26576614 | 06/23/08 | DS | 08/07/08 | 0740394 | 49.71 | | 49.71 | 49.71 | | | |
| | | | | | | Total: | 193,839.50 | 177,863.88 | 15,980.55 | | -4.93 |

Total Due: $193,839.50

**Terms Legend**
DS : NET 45 SECURED
BS : NET 30 SECURED