# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SYNNEX CORPORATION, a Delaware Corporation,

**SUMMONS IN A CIVIL CASE**

E-filing

CASE NUMBER:

V.

PROCYNET, LLC, a Tennessee Limited Liability Company, and doing business as DIRECT INTEGRATION SPECIALIST



**BZ**

TO: (Name and address of defendant)
PROCYNET, LLC, a Tennessee Limited Liability Company, and doing business as DIRECT INTEGRATION SPECIALIST
2906 Tazewell Pike, Suite B
Knoxville, TN 37918-1876

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Galen, Esq.
Glenn D. Davis, Esq.
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 900
Encino, CA 91436

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

MARY ANN BUCKLEY
_____
(BY) DEPUTY CLERK

NDCAO440