Jeffrey M. Galen, Esq. [SBN 134705]
Glenn D. Davis, Esq. [150744]
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 900
Encino, CA 91436
(818) 986-5685 (telephone)
(818) 986-1859 (facsimile)
EMAIL: jeffrey.galen@jgdlegal.com

Attorney for Plaintiff, Synnex Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PROCYNET, LLC, a Tennessee Limited Liability Company, and doing business as DIRECT INTEGRATION SPECIALIST; and DOES 1 to 50, inclusive,<br>　　　　　　Defendants. | Case No. CV08-3180 BZ<br><br>**MOTION TO DISMISS WITHOUT PREJUDICE** |

## MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, SYNNEX CORPORATION, a Delaware Corporation hereby moves the Court to dismiss the within action without prejudice in its entirety.

Dated: September 29, 2008

Galen & Davis, LLP
By: /s/ Jeffrey M. Galen
Jeffrey M. Galen, Esq.
Attorneys for Plaintiff, Synnex Corporation
16255 Ventura Blvd., Suite 900
Encino, CA 91436

GRANTED
/s/ Bernard Zimmerman
Judge Bernard Zimmerman

1